UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)
v. ) NO. 3:13-00221
) JUDGE CAMPBELL
TIMOTHY STAFFORD )

## ORDER

Pending before the Court is a Motion to Hold Plea Hearing Instead of Status Conference on Friday, December 20, 2013 (Docket No. 11). The Motion is GRANTED.

The Court will hold a change of plea hearing on December 20, 2013, at 8:30 a.m.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE