IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:13-00221 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| TIMOTHY STAFFORD | ) | |

## POSITION OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS

COMES NOW the United States of America by and through Assistant United States Attorney Harold B. McDonough, and states it has no objection to the facts contained in the Presentence Investigation Report or to the guideline calculations contained in the report dated February 20, 2015.

Respectfully submitted,

DAVID A. RIVERA
UNITED STATES ATTORNEY

*s/ Harold B. McDonough*
Harold B. McDonough
Assistant United States Attorney
110 9th Avenue South - Suite A-961
Nashville, Tennessee 37203

## CERTIFICATE OF SERVICE

   I certify that a true and correct copy of the foregoing Position of the Government with Respect to Sentencing Factors was sent this 11th day of June, 2015, via the Court electronic filing system to the following:

  Caryll Alpert
  Federal Public Defender's Office
  810 Broadway
  Suite 200
  Nashville, TN 37203

and via email to:

  Liberty Lander
  U. S. Probation Officer
  110 9th Avenue South – Suite A-725
  Nashville, TN 37203-3899

                *s/Harold B. McDonough*
                Harold B. McDonough
                Assistant U. S. Attorney