UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00221 |
| | ) | JUDGE CAMPBELL |
| TIMOTHY STAFFORD | ) | |

## POSITION OF DEFENDANT TIMOTHY STAFFORD
## WITH RESPECT TO SENTENCING FACTORS

Through counsel, defendant Timothy Stafford advises that he has no objections to the guidelines calculation or the presentence report.

Respectfully submitted,

/s/ *Caryll S. Alpert*
CARYLL S. ALPERT (BPR#017021)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: Caryll_Alpert@fd.org

Attorney for Timothy Stafford

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2015, I electronically filed the foregoing Position with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Hal McDonough, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203 and Jared Fishman, Trial Attorney, U.S. Department of Justice, Civil Rights Division, 950 Pennsylvania Avenue, N.W., Office of the Assistant Attorney General, Main, Washington, D.C. 20530.

/s/ *Caryll S. Alpert*
CARYLL S. ALPERT