IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA )
)  NO. 3:13-00221
v. )
)  JUDGE CAMPBELL
TIMOTHY STAFFORD )


## **GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE**

Pursuant to § 5K 1.1 of the Sentencing Guidelines, the government moves the Court to depart downward from the applicable guideline range in this case based on the defendant's substantial assistance in the investigation and prosecution of others committing offenses against the United States.

According to the presentence report, the defendant's sentencing range is 12 to 18 months, based on an adjusted offense level of 13 and a criminal history category of I. The government recommends a downward departure to a sentence of six (6) months imprisonment.

Section 5K1.1 of the Sentencing Guidelines sets forth five factors that the Court should consider when determining the appropriate reduction after the government files a 5K1.1 motion: (1) the Court's evaluation of the significance and usefulness of the defendant's assistance, taking into consideration, the government's evaluation of the assistance rendered;[1] (2) truthfulness, completeness, and reliability of any information or testimony provided by the defendant; (3) the nature and extent of the defendant's assistance; (4) any injuries suffered or any danger or risk of injury to the defendant or his family resulting from his assistance; (5) and timeliness of the

---

[1]    Application Note 3 in the Commentary under § 5K1.1 provides that "substantial weight should be given to the government's evaluation of the extent of the defendant's assistance . . . ."

defendant's assistance.

When questioned by the FBI, the defendant admitted his participation in the conspiracy and provided information about the actions of his co-conspirators. The agents who interviewed the defendant believed that he was truthful. The defendant's co-conspirators were charged in separate cases, *U.S. v. Ivan John Rutherford London, IV*, 1:13-cr-00004, currently pending before this Court and *U.S. v. Timothy Flanagan*, 3:14-cr-00088, before Judge Kevin Sharp.

The defendant agreed to testify as a witness for the government against co-conspirator Flanagan. The government believes that the defendant's willingness to testify against Flanagan was one of the factors that caused Flanagan to enter a plea of guilty. Flanagan was ultimately sentenced to 9 months of incarceration.

Based on the foregoing, the United States would respectfully request that the Court grant the government's motion pursuant to § 5K1.1.

Respectfully submitted,

DAVID A. RIVERA
UNITED STATES ATTORNEY

*s/ Harold B. McDonough*
Harold B. McDonough
Assistant United States Attorney
110 9th Avenue South - Suite A-961
Nashville, Tennessee 37203

2

s/Jimmie Lynn Ramsaur
Jimmie Lynn Ramsaur
Criminal Chief


s/Jared Fishman
Jared Fishman
Department of Justice
Civil Rights Section, Criminal Division


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing sealed document was provided via email this 22nd day of June, 2015, to the following:

Caryll Alpert
Federal Public Defender's Office
810 Broadway
Suite 200
Nashville, TN 37203

s/Harold B. McDonough
Harold B. McDonough
Assistant U. S. Attorney


3