UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:13-00221

UNITED STATES OF AMERICA

Judge: Todd J. Campbell

V.

Hearing Date: June 26, 2015

Timothy Stafford

Location: ☒ Nashville  ☐ Columbia  ☐ Cookeville

Court Reporter: Cathy Leigh

(list each defendant appearing at hearing)

Court Interpreter: n/a

## CRIMINAL MINUTES

Government Attorney(s): Harold Benton McDonough, Jr.

Defense Attorney(s): Caryll S. Alpert

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☒
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)
*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Defendant committed to custody of BOP to be imprisoned for 5 months with 1 year supervised release. Defendant advised of his appeal rights and provided an appeal form. J&C to enter.

Total Time in Court: 39 minutes

KEITH THROCKMORTON, Clerk
by: Doris E. Bush, Deputy Clerk