# UNITED STATES DISTRICT COURT

**MIDDLE**     DISTRICT OF     **TENNESSEE**

United States of America

V.

Timothy Stafford

**EXHIBIT AND WITNESS LIST**

Case Number:  3:13-00221

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Todd J. Campbell | Harold McDonough, Jr. | Caryll S. Alpert |

| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| Sentencing / June 26, 2015 | Cathy Leigh | Doris E. Bush |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 6/26/15 | | | |
| | 8 | | X | X | Letter signed by Brandon Beard (Deputy & Alderman -Giles County Sheriff's Dept - |
| | | | | | Minor Hill City) and Vickie M. Beard (Principal - Minor Hill School) 6/23/15 |
| | | | | | (This exhibit is in addition to exhibit 1-7 attached to doc entry #40) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | + |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.